IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00893-BNB

CARA TEDESCHI, an individual, surviving natural mother of JASON GRIMMER, decedent,

Plaintiff,

v.

TREY BUSTAMANTE-HARRISON, an individual,
KEENAN MORRIS, an individual,
EUGENE MORRIS, an individual,
UNKNOWN ASSAILANTS, individuals,
UNKNOWN DRIVER, individuals, and
UNKNOWN OFFICERS OF THE LONGMONT POLICE DEPARTMENT, individuals, in their official capacities,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants Unknown Officers of the Longmont Police Department's Motion to Dismiss Plaintiff's Complaint and Jury Demand Pursuant to Fed.R.Civ.P. 12(b)(6)** [docket no. 14, filed April 23, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff shall respond to the Motion to Dismiss [13] on or before **May 1, 2014**.

DATED:  April 24, 2014