**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 14-cv-0893-WJM

CARA TEDESCHI, an Individual, surviving natural mother of JASON GRIMMER

      Plaintiffs,

v.

TREY BUSTAMANTE-HARRISON,
KEENAN MORRIS,
EUGENE MORRIS,
UNKNOWN ASSAILANTS,
UNKNOWN DRIVER, and
UNKNOWN OFFICERS OF THE LONGMONT POLICE DEPARTMENT, individually
and in their official capacities

      Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR DISMISSAL

---

This matter comes before the Court on the Plaintiffs' Unopposed Motion for Dismissal, filed May 9, 2014 (ECF No. 20). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiffs' Unopposed Motion to Dismiss Plaintiffs' claims against Unknown Police Officers of the Longmont Police Department is GRANTED. All claims asserted against the Unknown Police Officers of the Longmont Police Department are hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 19th day of May, 2014.

BY THE COURT:

William J. Martinez
United States District Judge